GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
18425 BURBANK BLVD., SUITE 708
TARZANA, CA  91356
818-708-2585
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

WALLACE C. PANKRATZ
CHERYL PANKRATZ

    Defendant(s).

COURT NO: 93 A 30084

DEFAULT JUDGMENT

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from WALLACE C. PANKRATZ the sum of $866.89 as principal, $235.57 as accrued prejudgment interest, $227.00 administrative charges, and $20.00 costs, plus $251.00 attorney fees for a total amount of $1,600.46, plus interest from MARCH 31, 1993 at the rate of $.07 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: APR - 7 1993

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    R. L. BYER
    Deputy Clerk

FILED APR - 7 1993 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

ENTERED APR - 7 1993 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY